# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| CITY OF PHILADELPHIA | : | No. 260 EAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| A KENSINGTON JOINT, LLC AND ADAM EHRLICH | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  ADAM EHRLICH | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.